1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| G & G Closed Circuit Events, LLC, | Case No. 5:25-cv-01584-GW-JC |
|---|---|
| Plaintiff, | |
| vs. | REQUEST TO ENTER DEFAULT |
| Javier Oseguera, et al., | |
| Defendants. | |

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff, G & G Closed Circuit Events, LLC, hereby requests that the Clerk of the above-entitled Court enter default in this matter against **Sumabi, LLC, an unknown business entity d/b/a Sumabi** on the grounds that said defendant has failed to appear or otherwise respond to the Summons and Complaint within the time prescribed by the Federal Rules of Civil Procedure.

Page 1

Said defendants were served with the Summons and Complaint, evidenced by the Proof of Service on file with this Court.  (Dkt #19)

Dated: January 9, 2026          /s/ Thomas P. Riley
                                **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                By: Thomas P. Riley
                                Attorneys for Plaintiff
                                G & G Closed Circuit Events, LLC

///

///

///

///

///

///

///

///

///

///

///

///

///

# PROOF OF SERVICE (SERVICE BY FIRST CLASS MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, CA 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On January 9, 2026, I caused to serve the following documents entitled:

## REQUEST TO ENTER DEFAULT

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

| | |
|---|---|
| Javier Oseguera (Defendant) | Luis Elogio Lopez, Esquire |
| Clarissa Rodriguez (Defendant) | Law Offices of Luis E. Lopez |
| Aaron Rodriguez (Defendant) | 4075 11th Street |
| Sumabi, LLC (Defendant) | Riverside, CA 92501 |
| 2743 Hamner Avenue, Suite 108 | |
| Norco, CA 92860 | |

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 9, 2026, at South Pasadena, California.

Dated: January 9, 2026        /s/ Leticia Estrada
                              LETICIA ESTRADA