Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| G & G Closed Circuit Events, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Javier Oseguera, et al<br><br>Defendants. | CASE NO. 5:25-cv-01584-GW-JC<br><br>NOTICE OF SETTLEMENT |

**NOTICE IS HEREBY GIVEN**, to this Honorable Court that the Plaintiff G & G Closed Circuit Events, LLC, and Defendants Javier Osegura, Clarissa Rodriguez, Aaron Rodriguez, individually and d/b/a Sumabi and Sumabi, LLC, an unknown business entity d/b/a Sumabi have settled *all* claims between themselves relative to the above-entitled action, and Plaintiff respectfully requests this Court take judicial notice of same.

///

///

Settlement documents, including a Stipulated Judgment, have been prepared and forwarded to the Defendants' counsel by Plaintiff's counsel, and Plaintiff's counsel will file the Stipulated Judgment with the Court **on or before Monday, February 23, 2026.**

**WHEREFORE,** the aforementioned Parties respectfully request that all presently calendared deadlines and appearances as to Javier Osegura, Clarissa Rodriguez, Aaron Rodriguez, and Sumabi, LLC, and Plaintiff G & G Closed Circuit Events, LLC now be vacated.

Respectfully submitted,

Dated: February 17, 2026

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

///

///

///

///

///

///

///

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. On February 17, 2026, I caused a true and correct copy of the foregoing document described as

## NOTICE OF SETTLEMENT

On all parties in said cause by mailing same to the defendant's counsel at the following address(es):

| | |
|---|---|
| Mr. Luis Eligo Lopez, Esquire<br>**LAW OFFICES OF LUIS E. LOPEZ**<br>4075 11th Street<br>Riverside, CA 92501 | (Attorneys for Defendants<br>Javier Oseguera, Clarissa Rodriguez<br>Aaron Rodriguez, and Sumabi, LLC) |

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 17, 2026 at South Pasadena, California

Dated: February 17, 2026        /s/ Leticia Estrada
                                **LETICIA ESTRADA**