JS-6

THOMAS P. RILEY, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| G & G Closed Circuit Events, LLC, | CASE NO. EDCV 25-1584-GW-AYPx |
| Plaintiff, | |
| vs. | STIPULATED JUDGMENT |
| Javier Oseguera, et al., | |
| Defendants. | |

[Proposed] ORDER GRANTING
STIPULATED JUDGMENT
CASE NO. 5:25-cv-01584-GW-AYP
Page 1

Judgment in the amount of Thirty Thousand Dollars ($30,000.00) inclusive of attorneys' fees and costs is hereby entered in favor of Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and against Defendants JAVIER OSEGUERA, CLARISSA RODRIGUEZ, AARON RODRIGUEZ individually and d/b/a SUMABI; and SUMABI, LLC, an unknown business entity d/b/a SUMABI.

**IT IS SO ORDERED**:

Dated: February 23, 2026    _____

**HON. GEORGE H. WU,**
**United States District Judge**